# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL NO. 3:14-CV-01035 |
| v. ) | JUDGE JOHN T. NIXON |
| ) | |
| SAVAGE 54A SHOTGUN, ) | |
| WINCESTER 190 RIFLE, AND ) | |
| 515 ROUNDS OF ASSORTED AMMUNITION ) | |
| ) | |
| Defendants. ) | |

## ENTRY OF DEFAULT
## AS TO JERRY L. SORRELLS
## AND ALL OTHER PERSONS AND ENTITIES

It appearing that the Verified Complaint *In Rem* was filed in this case on April 22, 2014; that the Verified Complaint *In Rem*, and Summons and Warrant for Arrest *In Rem* were duly served upon the Defendants Savage Model 54A, .410 gauge shotgun with no serial number; Winchester rifle, Model 190, .22 caliber, bearing serial number 107210; and 515 rounds of Assorted Ammunition which include 300 rounds of CCI .22 caliber; 15 rounds of Remington .20 gauge; .50 rounds Federal .22 caliber; 150 rounds of Winchester-Western .22 caliber (collectively "Defendant Property") on May 7, 2014; that the Verified Complaint *In Rem* and Notice of Judicial Forfeiture Proceedings were duly served upon Jerry L. Sorrells, 7280 Hwy 13, Erin, TN 37061 by regular and certified mail on May 8, 2014; that publication of the Notice of Judicial Forfeiture Proceedings was made online at www.forfeiture.gov, the official internet government forfeiture site, for 30 consecutive days beginning on April 24, 2014 and ending on May 23, 2014; and that no person or entity has made a Verified Claim to the Defendant Property or otherwise appeared in this action;

THEREFORE, upon motion of the Plaintiff, default is hereby entered as to the Defendants Savage Model 54A, .410 gauge shotgun with no serial number; Winchester rifle, Model 190, .22 caliber, bearing serial number 107210; and 515 rounds of Assorted Ammunition which include 300 rounds of CCI .22 caliber; 15 rounds of Remington .20 gauge; .50 rounds Federal .22 caliber; 150 rounds of Winchester-Western .22 caliber (collectively "Defendant Property") against Jerry L. Sorrells and all persons and entities who may have an interest in Defendant Property, as provided in Rule 55(a), Federal Rules of Civil Procedure.

Entered this 18th day of July, 2014.

KEITH THROCKMORTON, CLERK  
UNITED STATES DISTRICT COURT  
MIDDLE DISTRICT OF TENNESSEE  

*/s/ Keith Throckmorton*  
_____  
Clerk